KIRAN S. LOPEZ (SBN 252467)
TESLA, INC.
31353 Huntwood Avenue
Hayward, CA 94544
Telephone: (510) 391-0702
kirlopez@tesla.com

Attorney for Defendant
TESLA, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LEE BOATMAN JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>TESLA INC.; A Corporation Doing Business in California; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03694-CKD<br><br>[~~PROPOSED~~] <u>MODIFIED</u> ORDER APPROVING STIPULATION TO:<br><br>(1) ARBITRATE PLAINTIFF'S CLAIMS; AND<br><br>(2) STAY PROCEEDINGS<br><br>[Filed concurrently with Stipulation to Arbitrate Plaintiff's Claims and Stay Proceedings] |

1

[~~PROPOSED~~] <u>MODIFIED</u> ORDER APPROVING STIPULATION TO ARBITRATE PLAINTIFF'S CLAIMS AGAINST DEFENDANT AND STAY PROCEEDINGS

Based on the Stipulation entered into by and between Plaintiff Arthur Lee Boatman, Jr. ("Plaintiff") and Defendant Tesla, Inc. ("Defendant") (Plaintiff and Defendant are collectively referred to herein as the "Parties"), by and through the Parties' counsel of record, IT IS SO ORDERED that:

(1) All of Plaintiff's claims asserted in his complaint in this action shall be subject to arbitration; and

(2) The proceeding shall be stayed pending the outcome of the arbitration.

The Parties' Stipulation is **APPROVED.**

Dated: 01/08/25

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, boat.3694.24